UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JEANETTE TILLERY, <br><br> Plaintiff, <br><br> vs. <br><br> WAKEMED HEALTH & HOSPITALS, THE BOARD OF DIRECTORS WAKEMED, and THE FINANCE COMMITTEE OF WAKEMED, <br><br> Defendants. | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 5:25-CV-408-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motion to dismiss [D.E. 11] and DISMISSES WITH PREJUDICE plaintiff's complaint.

This Judgment filed and entered on January 15, 2026, and copies to:
Counsel via cm/ecf

January 15, 2026

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Amber Harrison
Deputy Clerk